UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>KUANG-BAO P. OU-YOUNG,<br><br>　　　　Proposed Intervenor. | Case No. 5:15-mc-80033 EJD<br><br>**ORDER DENYING PROPOSED INTERVENOR'S MOTION TO INTERVENE, DISQUALIFY JUDGE, VACATE JUDGMENT, AND DISMISS**<br><br>Re: Dkt. No. 1 |

Proposed Intervenor Kuang-Bao P. Ou-Young ("Ou-Young") is subject to a pre-filing order which requires him to obtain leave of court before initiating new litigation. See Docket Item No. 40 in Case No. 3:13-cv-04442 EMC. In an apparent effort to circumvent this order, Ou-Young has filed a "Motion to Intervene, Motion to Disqualify Judge, Motion to Vacate Judgment, and Motion to Dismiss" directed at a criminal action currently pending in this district, namely United States v. Harmon, Case No. 5:08-cr-00938 LHK. See Docket Item No. 1. This motion was docketed by the Clerk within the miscellaneous case number captioned above and referred to the undersigned for general duty review upon the recusal of Judge Lucy H. Koh. See Docket Item Nos. 2, 3.

The court notes that Ou-Young seeks to intervene in a criminal prosecution to which he is not a party and in which he has no specified interest. Under these circumstances, intervention is

improper because "a citizen lacks standing to contest the policies of the prosecuting authority when he himself is neither prosecuted nor threatened with prosecution." Linda R. S. v. Richard D., 410 U.S. 614, 619 (1973).  Indeed, "a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." Id.  Accordingly, since there is no legal basis to support such requests within the criminal action referenced by Ou-Young, the Motion to Intervene, Disqualify Judge, Vacate Judgment and Dismiss (Docket Item No. 1) is DENIED.  Ou-Young shall file no further motions or other filings within or directed at Case No. 5:08-cr-00938 LHK.

**IT IS SO ORDERED.**

Dated:  January 27, 2015



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:15-mc-80033 EJD
ORDER DENYING PROPOSED INTERVENOR'S MOTION TO INTERVENE, DISQUALIFY JUDGE, VACATE JUDGMENT, AND DISMISS